

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of California*

McGregor W. Scott
United States Attorney

501 I Street, Suite 10-100
Sacramento, California 95814

916/554-2700
Fax 916/554-2900
TTY 916/554-2855

August 10, 2007

TO: Honorable Dale A. Drozd
United States Magistrate Judge

94mj265 GGH

FROM: Matthew C. Stegman
Assistant U.S. Attorney

SUBJECT: Dismissals

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its attorney, hereby moves this Honorable Court for an Order dismissing the following violations and recalling the warrants and/or abstracts:

| Defendant's Name | Citation | ISSUED |
|---|---|---|
| Eric Anderson | A2258540 CA88 | 7/22/1998 |
| Richard S. Anthon | T101828 CA19 | 7/1/1997 |
| David B. Arnold | F2743191 CA46 | 1/11/2002 |
| Gloria P. Avery-Stovel | R735693 EC95 | 8/31/1994 |
| Melanie Baca | R762964 EC18 | 8/11/1995 |
| Patricia Bell | R729053 EC18 | 8/11/1995 |
| Kerr A. Bibiano | T083831 CA19 | 12/1/1997 |
| Richard J. Blanchette | R658562 CA95 | 12/1/1997 |
| Douglas J. Bowes Jr. | F2672187 CA45 | 9/13/2002 |
| Douglas J. Bowes Jr. | F2672188 CA45 | 9/13/2002 |
| Ronald L. Brown | V538302 CA52 | 11/6/2002 |
| Padillo C. Cabrellis | R729383 EC18 | 4/14/1995 |
| James T. Caldwell | R729136 EC18 | 1/19/1996 |
| Jose C. Candaleria | R536106 EC18 | 4/11/1994 |
| Kiesha L. Carpenter | R729378 EC18 | 6/14/1995 |
| Felicia L. Cason | R728720 EC18 | 6/14/1995 |
| Jose A. Chavez-Perez | R728514 EC18 | 4/13/1995 |
| Sari Coffey | R765957 CA19 | 2/3/1997 |
| Kenneth W. Cooper | W33035 EC61 | 4/13/1995 |
| Perry D. Crawford | A2257928 EC88 | 9/22/1994 |
| Michael D. Cupit | A2258347 EC91 | 11/1/1994 |
| Jonpaul C. Davis | R009246 CA18 | 7/12/2000 |
| William E. Degroot | A2265360 EC91 | 8/11/1995 |
| Alberto M. Dejesus | N220841 EC15 | 9/2/1993 |
| Carlos G. Delgado | R2068757 CA95 | 8/16/2000 |

| Defendant's Name | Citation | ISSUED |
|---|---|---|
| Christopher L. Dillender | F2110590 CA30 | 7/19/2002 |
| Michael Duran | R443435 EC19 | 1/30/1995 |
| Michael Fann | A2262818 EC91 | 11/1/1994 |
| Royce W. Fautt | R729208 EC18 | 6/14/1995 |
| Jowell M. Fletcher | R729374 EC18 | 7/10/1995 |
| Lance J. Fraser | A2257675 EC88 | 8/3/1994 |
| Calvin E. Fullwood | R728054 EC18 | 8/11/1995 |
| James G. Garcia | R762960 EC18 | 6/14/1995 |
| Norma R. Gardner | R768182 CA18 | 11/26/1996 |
| Gregory Gonzalez | R2225860 CA95 | 8/2/2001 |
| Preston Gray Jr. | R728374 EC18 | 1/30/1995 |
| Lisa R. Green | R443345 EC19 | 12/6/1993 |
| Michael L. Gumm | A2257973 EC88 | 8/11/1995 |
| Raul R. Gutierrez | R825961 CA95 | 7/22/1998 |
| Dennis R. Paul | R762945 EC18 | 6/14/1995 |
| Tom R. Harris | R742842 EC08 | 8/11/1995 |
| Jonathon D. Hawn | MAG S-02-225 DAD | 9/11/2002 |
| William R. Heitchler | A2265289 EC91 | 6/14/1995 |
| Adam T. Heller | F062669 CA4A | 8/23/2002 |
| Charles W. Henson | F2239235 CA46 | 1/11/2002 |
| Angel Hernandez | F2210918 CA46 | 8/16/2002 |
| Anthony J. Hernandez | R535832 EC18 | 4/13/1995 |
| Ronald W. Hernandez | MAG S-94-265 GGH | 10/20/1994 |
| Brian Hopper | F2594858 CA45 | 4/12/2002 |
| Robert Jennings | A2264737 EC91 | 8/11/1995 |
| Mina J. King | R729056 EC18 | 8/11/1995 |
| Thodis L. King | R442551 EC19 | 12/6/1993 |
| Donald Klaner | MAG S-89-005A | 1/31/1989 |
| Debbie Kotter | F2743269 CA45 | 1/11/2002 |
| James A. Larsen | A2258395 EC91 | 4/11/1994 |
| Dennis Lee | A2258586 CA88 | 3/26/1999 |
| James H. Lincoln | T083645 CA19 | 3/28/2000 |
| Janna M. Long | A019341 CA88 | 1/18/2000 |
| Rodolfo M. Lopez | R729054 EC18 | 8/11/1995 |
| Ronald N. Madden | R729011 EC18 | 6/14/1995 |
| Gregory G. Madeya | F2625345 CA4A | 8/23/2002 |
| Carrie A. Madsen | A0939715 CA17 | 6/20/2002 |
| Carrie A. Madsen | A0939716 CA17 | 6/20/2002 |
| Carrie A. Madsen | A0939717 CA17 | 6/20/2002 |
| Angela K. Martin | A2257918 CA88 | 7/22/1998 |
| Roberto Martinez Jr. | A2257985 EC88 | 11/1/1994 |
| Robert E. McCabe | R729211 EC18 | 6/14/1995 |
| Roy M. McLain | A2258351 EC91 | 11/1/1994 |
| Wilfred G. Melendez | R764353 CA19 | 7/1/1997 |
| Anthony Menefee | T082808 CA19 | 11/23/1999 |
| Ronald C. Meno | R729014 EC18 | 6/14/1995 |
| Chris G. Meyers | R762914 EC18 | 6/14/1995 |
| David R. North | F081078 CA36 | 8/19/1998 |
| Clinton E. O'Connor Jr. | F159942 CA30 | 8/16/2002 |
| Billyjoe Osburn Jr. | F2617390 CA30 | 1/11/2002 |

| Defendant's Name | Citation | ISSUED |
|---|---|---|
| Richard Peralta | R728617 EC18 | 8/11/1995 |
| Norman C. Peterson Jr. | F2672189 CA45 | 9/13/2002 |
| Bernand R. Phillips | R2225442 CA95 | 11/6/2001 |
| Thomas Pinto | R728731 EC18 | 6/14/1995 |
| Lamont D. Prothro | R768145 CA19 | 12/1/1997 |
| Toby G. Pruitt | R729204 EC18 | 6/14/1995 |
| Derek P. Radles | G578451 CA21 | 3/28/1998 |
| Thomas J. Rado | R2160054 CA95 | 11/6/2001 |
| Frederick D. Rankin Jr. | R826686 CA95 | 7/22/1998 |
| James M. Reel | F2167346 CA46 | 4/12/2002 |
| Angel Rocha | R602906 CA95 | 12/2/1997 |
| Alonzoa Antonio Rodriguez | R536331 EC18 | 2/28/1995 |
| Lisa Ross | S028878 CA18 | 12/1/1997 |
| Julie A. Sanchez | R735844 CA95 | 12/2/1997 |
| James A. Scott | R728202 EC18 | 8/11/1995 |
| Anthony M. Sierra | R0903327 CA95 | 11/18/1999 |
| Edward L. Solomon | R2068996 CA95 | 6/20/2001 |
| Jimmie C. Solorzano | A2257952 EC88 | 11/1/1994 |
| Gary A. Stratton | R742392 EC18 | 1/9/1995 |
| Reginald A. Swanson | R434399 EC19 | 9/2/1993 |
| Russell K. Trudeau | R2068801 CA19 | 10/24/2000 |
| Barbara A. Ungacta | N225484 EC15 | 6/26/1995 |
| Henry L. Valles | T100849 CA19 | 7/1/1997 |
| Terrill V. Waits | R742604 EC18 | 1/30/1995 |
| Charles J. Waldrop | R818866-18 | 8/4/1998 |
| Arnold W. Warren | A2257999 EC88 | 8/11/1995 |
| Lincoln L. Warren | MAG 00-137 GGH | 7/13/2000 |
| Shirley L. Wells-Randles | G578452 CA21 | 3/30/1998 |
| April E. Winn | R5090 EC19 | 11/16/1990 |
| April E. Winn | R5089 EC19 | 11/16/1990 |

**ORDER**

IT IS SO ORDERED:

Dated: August /4/, 2007.

DALE A. DROZD
United States Magistrate Judge